# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-00358-01/04-CR-W-BCW |
| | ) |
| ADRIAN LEON MADRIGAL, and | ) |
| ANTHONY DEWAYNE FIFER, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 16, 2017, the Grand Jury returned a five-count Indictment against Defendants Adrian Leon Madrigal and Anthony Dewayne Fifer, and eight other Defendants.[1] Defendants Adrian Leon Madrigal and Anthony Dewayne Fifer were charged with conspiracy to distribute methamphetamine (Class A felony) and conspiracy to commit money laundering (Class C felony).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Bruce A. Rhoades
        Case Agent: J.D. Roberts (probably not at the table). Paralegal: Geoffrey Gorup
    Defense: Defendant Madrigal - David A. Kelly
        Defendant Fifer – John Justin Johnston
            Paralegal: Tiffany Deboe

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 10 with stipulations; 14 without stipulations
    Defendant Madrigal: 2-3 witnesses, including the Defendant
    Defendant Fifer: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**

---

[1] Defendant Jennings (#9) pled guilty on September 12, 2018. Defendant Hernandez (#2) pled guilty on October 3, 2019. Defendant Shyrock (#5) pled guilty on October 9, 2019. Defendants Morgan (#3) and Russell (#10) each have a change of plea hearing set for November 15, 2019. Defendants Harris (#6), Eric Edward Ballard (#7), and Linda Kay Ballard (#8) each have a change of plea hearing scheduled for November 20, 2019.

Government: no more than 33 exhibits
Defendant Madrigal: approximately 0 exhibits
Defendant Fifer: approximately 10 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; (X) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2-3 days total**
Government's case including jury selection: 1 ½ days
Defendant: less than a day

**STIPULATIONS**: Potential stipulation as to chain of custody and laboratory reports.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: Due on or before November 19, 2019.
Defendant: Due on or before November 19, 2019.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if requested by the District Court, Voir Dire, Jury Instructions: Due on or before November 27, 2019.**

Please Note: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: None anticipated.  Due on or before November 27, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for December 2, 2019.

**Please note:** Parties would prefer the first week of the docket.  The Government has a second case that is potentially set on this docket.

**IT IS SO ORDERED**

                                                */s/ Lajuana M. Counts*
                                                LAJUANA M. COUNTS
                                                UNITED STATES MAGISTRATE JUDGE