# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-00358-01-CR-W-BCW |
| | ) |
| ADRIAN LEON MADRIGAL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 16, 2017, the Grand Jury returned a five-count Indictment against Defendant Adrian Leon Madrigal, and eight other Defendants.[1] Defendant Adrian Leon Madrigal was charged with conspiracy to distribute methamphetamine (Class A felony) and conspiracy to commit money laundering (Class C felony).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Bruce A. Rhoades and Robert Smith
        Case Agent: no agent or paralegal at counsel table
    Defense: David A. Kelly

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 9 with stipulations; 11 without stipulations
    Defendant: 2-3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: no more than 25-30 exhibits, mostly photographs
    Defendant: approximately 5-10 exhibits

---

[1] Defendant Jennings (#9) pled guilty on September 12, 2018. Defendant Hernandez (#2) pled guilty on October 3, 2019. Defendant Shyrock (#5) pled guilty on October 9, 2019. Defendants Morgan (#3) and Russell (#10) each pled guilty on November 15, 2019. Defendants Fifer (#4), Harris (#6), Eric Edward Ballard (#7), and Linda Kay Ballard (#8) each pled guilty on November 20, 2019.

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; () Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2-3 days total**
Government's case including jury selection: 1½ days
Defendant: less than a day

**STIPULATIONS**: Potential stipulation as to chain of custody and laboratory reports.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: Due on or before January 28, 2020.
Defendant: Due on or before January 28, 2020.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if requested by the District Court, Voir Dire, Jury Instructions: Due on or before February 5, 2020.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before February 5, 2020.**

**TRIAL SETTING**: Criminal jury trial docket set for February 10, 2020.

**Please note:** The Government requests the second week of the docket as counsel for the Government has a case on the first week of the trial.

**IT IS SO ORDERED**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE